IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CLYDE J. FRANKS                                                                                       PLAINTIFF

vs.                                         Civil No. 3:09-cv-03049

MICHAEL J. ASTRUE                                                                                DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 7th day of September, 2010, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE